UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  OSCAR L. STEPHENSON
DAWN O. STEPHENSON

        Debtor(s)        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant
vs.

OSCAR L. STEPHENSON        CASE NO: 5-13-06329-JJT
DAWN O. STEPHENSON

        Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on July 17, 2014, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on December 11, 2013.

2. A Confirmation hearing was held and an Order was entered on May 6, 2014 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

        Respectfully submitted,

        /s/ Agatha R. McHale, Esq.
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA  17036
        717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: OSCAR L. STEPHENSON
DAWN O. STEPHENSON

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-13-06329-JJT

Movant

## NOTICE TO PARTIES

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: August 5, 2014<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *August 3, 2014.*

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 17, 2014

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  OSCAR L. STEPHENSON          CHAPTER 13
        DAWN O. STEPHENSON

                                     CASE NO: 5-13-06329-JJT
        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

AND NOW, on July 17, 2014, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

SCOTT AMORI, ESQ.
AMORI & ASSOCIATES, LLC
513 SARAH STREET
STROUDSBURG, PA  18360

OSCAR L. STEPHENSON
DAWN O. STEPHENSON
6151 WOODCHUCK LANE
E. STROUDSBURG, PA  18301

                          Respectfully Submitted,
                          /s/   Vickie Williams
                          for Charles J. DeHart, III, Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA  17036
                          Phone:  (717) 566-6097

Dated:  July 17, 2014

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: OSCAR L. STEPHENSON
DAWN O. STEPHENSON

      Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

OSCAR L. STEPHENSON
DAWN O. STEPHENSON

      Respondent(s)

CHAPTER 13

CASE NO: 5-13-06329-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.